IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ARMOND LEWIS**                                                              **PLAINTIFF**

v.                             CIVIL ACTION NO. 1:24-cv-00023-TBM-RPM

**JACKSON COUNTY, et al.**                                      **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that Plaintiff Armond Lewis's claims against Jackson County and Attorney David Futch are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Plaintiff's claims against Judge Keith Miller, the Jackson County Judicial System, and the unnamed District Attorney are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

**IT IS, FINALLY, ORDERED AND ADJUDGED** that this case is **CLOSED**.

**SO ORDERED AND ADJUDGED**, this the 26th day of November, 2024.

                                                           _____
                                                           **TAYLOR B. McNEEL**
                                                           **UNITED STATES DISTRICT JUDGE**